B 1 (Official Form 1) (4/10)

| United States Bankruptcy Court | |
|---|---|
| CENTRAL   DISTRICT OF   CALIFORNIA | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Ronald Leslie Pearlman | Laurie Pearlman |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Invdividual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):   XXX-XX-9421 | Last four digits of Soc. Sec. or Invdividual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):   XXX-XX-2206 |
| Street Address of Debtor (No. and Street, City, and State): 18148 Green Meadow Drive Encino, CA 91316                        ZIP CODE 91316 | Street Address of Joint Debtor (No. and Street, City, and State): 18148 Green Meadow Drive Encino, CA                        ZIP CODE 91316 |
| County of Residence or of the Principal Place of Business: Los Angeles | County of Residence or of the Principal Place of Business: Los Angeles |
| Mailing Address of Debtor (if different from street address):                        ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                        ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                        ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) | |
|---|---|---|---|
| [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* | [ ] Health Care Business | [ ] Chapter 7 | [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding |
| [ ] Corporation (includes LLC and LLP) | [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) | [ ] Chapter 9 | |
| [ ] Partnership | [ ] Railroad | [X] Chapter 11 | [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Stockbroker | [ ] Chapter 12 | |
| | [ ] Commodity Broker | [ ] Chapter 13 | |
| | [ ] Clearing Bank | Nature of Debts (Check one box.) | |
| | [X] Other | [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose." | [X] Debts are primarily business debts. |
| **Tax-Exempt Entity** (Check box, if applicable.) | | | |
| [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | | | |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| [X] Full Filing Fee attached. | Check one box: [ ] Debtor is a small business debtor as defined in 11 U.S.C. §101(51D). [X] Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D). |
| [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. | Check if: [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). |
| [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check all applicable boxes: [ ] A plan is being filed with this petition. [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [X] Debtor estimates that funds will be available for distribution to unsecured creditors. [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

B1

B 1 (Official Form 1) (4/10)                                                                                                Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ronald Leslie Pearlman**<br>**Laurie Pearlman** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:<br>**N/A** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form 1) (4/10) | Page 3

| Voluntary Petition | Name of Debtor(s): Ronald Leslie Pearlman |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _See next page_
Signature of Debtor
Ronald Leslie Pearlman

X _See next page_
Signature of Joint Debtor
Laurie Pearlman

Telephone Number (If not represented by attorney)

1/14/2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
LESLIE S. GOLD (SBN 154362)
Printed Name of Attorney for Debtor(s)

Firm Name
GERSHUNI & KATZ
Address
1901 Avenue of the Stars, Suite 300
Los Angeles, California  90067
(310) 282-8580
Telephone Number

1/14/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**B 1 (Official Form 1) (4/10)**

| Voluntary Petition | Page 3 |
|---|---|
| *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Ronald Leslie Pearlman**<br>**Laurie Pearlman** |

## Signatures

<table>
<tr>
<td colspan="2">

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Ronald Leslie Pearlman_
Signature of Debtor
**Ronald Leslie Pearlman**

X _Laurie Pearlman_
Signature of Joint Debtor
**Laurie Pearlman**

Telephone Number (If not represented by attorney)

**1/14/2011**
Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)
**Leslie S. Gold (SBN 154362)**
Printed Name of Attorney for Debtor(s)

Firm Name
**Gershuni & Katz, A Law Corporation**
Address
**1901 Avenue of the Stars, Ste. 300**
**Los Angeles, California 90067**
**(310) 282-8580**
Telephone Number
**1/14/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
</tr>
</table>

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leslie S. Gold (SBN 154362) Gershuni & Katz, A Law Corporation 1901 Avenue of the Stars, Suite 300, Los Angeles, CA 90067 Tel: 310-282-8580 Fax:310-282-8149<br><br>☒ *Attorney for:* Debtors Ronald and Laurie Pearlman | |
| **UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Ronald and Laurie Pearlman | CASE NO.: |
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
(INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists

☐ Amendments to the petition, statement of affairs, schedules or lists

☐ Other: _____

Date Filed: __1 / 14 / 2011__

Date Filed: _____

Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____
Signature of Signing Party

10/27/2010
Date

Ronald Pearlman
Printed Name of Signing Party

_____
Signature of Joint Debtor (if applicable)

10/27/2010
Date

Laurie Pearlman
Printed Name of Joint Debtor (if applicable)

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____
Signature of Attorney for Signing Party

10/27/2010
Date

Leslie S. Gold
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re *Ronald Leslie Pearlman*
    and
    *Laurie Pearlman*

Case No. _____
    (if known)

_____
                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____

Certificate Number: 12459-CAC-CC-012634593

12459-CAC-CC-012634593

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 11, 2010, at 7:09 o'clock PM PDT, Ronald Pearlman received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Central District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 11, 2010                By:    /s/Laura M Ahart

                                        Name:  Laura M Ahart

                                        Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *Ronald Leslie Pearlman*
    *and*
    *Laurie Pearlman*

Case No. _____

(if known)

_____
                       **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

    If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐    4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

       ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities );

       ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

       Signature of Debtor: _____

       Date:    _10 - 28 - 10_____

Certificate Number: 12459-CAC-CC-012634594



12459-CAC-CC-012634594

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 11, 2010</u>, at <u>7:09</u> o'clock <u>PM PDT</u>, <u>Laurie Pearlman</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not</u> prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>October 11, 2010</u>              By:    <u>/s/Laura M Ahart</u>

                                          Name:  <u>Laura M Ahart</u>

                                          Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re  *Ronald Leslie Pearlman*
    **and**
    *Laurie Pearlman*

Case No.
Chapter  *11*

_____  *.*
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 1<br>Bank of America<br>Home Loan Servicing<br>PO Box 515503<br>Los Angeles CA  90051-5408 | Phone:<br>Bank of America<br>Home Loan Servicing<br>PO Box 515503<br>Los Angeles CA  90051-5408 | 1st Trust Deed<br><br>Value:<br>Net Unsecured: | | C<br>U<br>D | $ 2,580,000.00<br><br>$ 1,675,000.00<br>$ 905,000.00 |
| 2<br>Aria Resort & Casino Holdings<br>Mark Russell Esq.<br>3400 Las Vegas Boulevard<br>Las Vegas NV  89109 | Phone:<br>Aria Resort & Casino Holdings<br>Mark Russell Esq.<br>3400 Las Vegas Boulevard<br>Las Vegas NV  89109 | Settlement | | | $ 520,000.00 |
| 3<br>Wells Fargo Bank<br>PO Box 30427<br>Los Angeles CA  90030-0427 | Phone:<br>Wells Fargo Bank<br>PO Box 30427<br>Los Angeles CA  90030-0427 | Deed of Trust<br><br>Value:<br>Net Unsecured: | | U | $ 580,000.00<br><br>$ 162,500.00<br>$ 417,500.00 |
| 4<br>Chase<br>PO Box 78035<br>Phoenix AZ  85062 | Phone:<br>Chase<br>PO Box 78035<br>Phoenix AZ  85062 | Deed of Trust<br><br>Value:<br>Net Unsecured: | | C<br>U<br>D | $ 500,000.00<br><br>$ 100,000.00<br>$ 400,000.00 |
| 5<br>Chase<br>PO Box 78420<br>Phoenix AZ  85062 | Phone:<br>Chase<br>PO Box 78420<br>Phoenix AZ  85062 | Deed of Trust<br><br>Value:<br>Net Unsecured: | | U | $ 500,000.00<br><br>$ 100,000.00<br>$ 400,000.00 |

B4 (Official Form 4) (12/07)

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Jolene Merritt<br>333 10th Street<br>Hermosa Beach CA 90254 | Phone:<br>Jolene Merritt<br>333 10th Street<br>Hermosa Beach CA 90254 | 2007 Loan | C<br>U<br>D | $ 395,000.00 |
| 7<br>Amtrust<br>1801 East 9th Street<br>Cleveland OH 44114 | Phone:<br>Amtrust<br>1801 East 9th Street<br>Cleveland OH 44114 | 1st Trust Deed<br><br>Value:<br>Net Unsecured: | U | $ 526,215.00<br><br>$ 200,000.00<br>$ 326,215.00 |
| 8<br>Amtrust<br>1801 East 9th Street<br>Cleveland OH 44114 | Phone:<br>Amtrust<br>1801 East 9th Street<br>Cleveland OH 44114 | 1st Trust Deed<br><br>Value:<br>Net Unsecured: | U | $ 457,000.00<br><br>$ 200,000.00<br>$ 257,000.00 |
| 9<br>Wynn Las Vegas, LLC<br>c/o Christopher J. Melton<br>3131 Las Vegas Blvd. South<br>Las Vegas NV 89109 | Phone:<br>Wynn Las Vegas, LLC<br>c/o Christopher J. Melton<br>3131 Las Vegas Blvd. South<br>Las Vegas NV 89109 | Loan | C<br>U<br>D | $ 250,000.00 |
| 10<br>Amtrust<br>1801 East 9th Street<br>Cleveland OH 44114 | Phone:<br>Amtrust<br>1801 East 9th Street<br>Cleveland OH 44114 | 1st Trust Deed<br><br>Value:<br>Net Unsecured: | U | $ 414,500.00<br><br>$ 200,000.00<br>$ 214,500.00 |
| 11<br>Chase<br>PO Box 78035<br>Phoenix AZ 85062 | Phone:<br>Chase<br>PO Box 78035<br>Phoenix AZ 85062 | Deed of Trust<br><br>Value:<br>Net Unsecured: | U | $ 840,000.00<br><br>$ 650,000.00<br>$ 190,000.00 |
| 12<br>American Express<br>PO Box 30380<br>Salt Lake City UT 84130 | Phone:<br>American Express<br>PO Box 30380<br>Salt Lake City UT 84130 | Credit line | U | $ 102,306.65 |
| 13<br>Chumash Casino<br>3400 East Highway 246<br>Santa Ynez CA 93460 | Phone:<br>Chumash Casino<br>3400 East Highway 246<br>Santa Ynez CA 93460 | 2009 Loan | U | $ 90,000.00 |

B4 (Official Form 4) (12/07)

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 14<br>Central Pacific Bank<br>PO Box 790408<br>Saint Louis MO  63179-0408 | Phone:<br>Central Pacific Bank<br>PO Box 790408<br>Saint Louis MO  63179-0408 | | | U | $ 73,197.39 |
| 15<br>American Express<br>PO Box 0001<br>Los Angeles CA  90096 | Phone:<br>American Express<br>PO Box 0001<br>Los Angeles CA  90096 | Accounts ending in 5009, 2007 | | U | $ 59,995.00 |
| 16<br>Bank of America<br>PO Box 30750<br>Los Angeles CA  90030-0750 | Phone:<br>Bank of America<br>PO Box 30750<br>Los Angeles CA  90030-0750 | Line of credit | | U | $ 50,000.00 |
| 17<br>Chase Card Services<br>PO Box 94014<br>Palatine, IL<br>Palatine IL  60094-4014 | Phone:<br>Chase Card Services<br>PO Box 94014<br>Palatine, IL<br>Palatine IL  60094-4014 | | | U | $ 37,347.21 |
| 18<br>Merchant Horovitz LLLC<br>Attn. David Merchant, Esq.<br>305 South High Street, #101<br>Wailuku HI  96793 | Phone:<br>Merchant Horovitz LLLC<br>Attn. David Merchant, Esq.<br>305 South High Street, #101<br>Wailuku HI  96793 | Legal services | | U | $ 4,157.02 |
| 19<br>Rachel Norris<br>4124 Kling Street<br>Burbank CA  91505 | Phone:<br>Rachel Norris<br>4124 Kling Street<br>Burbank CA  91505 | Security deposit | | C<br>U | $ 3,350.00 |
| 20<br>Luna & Gershon<br>15760 Ventura Boulevard<br>Suite 1520<br>Encino CA  91436 | Phone:<br>Luna & Gershon<br>15760 Ventura Boulevard<br>Suite 1520<br>Encino CA  91436 | Legal services | | U | $ 3,113.78 |

B4 (Official Form 4) (12/07)

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the _Individual Debtor_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _1/13/2011_        Signature _/s/ Ronald Leslie Pearlman_____
                                   Name:  Ronald Leslie Pearlman

Date: _1/13/2011_        Signature _/s/ Laurie Pearlman_____
                                   Name:  Laurie Pearlman

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Debtor Ronald Pearlman was a debtor in a liquidating case under the Bankruptcy Act filed in Chicago, Illinois in 1976.

No further information regarding the case is currently available.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

N/A

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles _____, California.

Dated  10/28/10 _____

Ronald Pearlman

Debtor

Laurie Pearlman

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *Ronald Leslie Pearlman and Laurie Pearlman*

Case No.
Chapter   **11**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities  Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 5 | $ 25,544,500.00 | | |
| B-Personal Property | Yes | 5 | $ 5,152,478.62 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 6 | | $ 22,626,463.90 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | $ 52,616.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 1,594,503.34 | |
| G-Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 46,856.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 37,991.67 |
| TOTAL | | 37 | $ 30,696,978.62 | $ 24,273,583.24 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *Ronald Leslie Pearlman and Laurie Pearlman*

Case No.

Chapter    11

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

FORM B6A (Official Form 6A) (12/07)

In re <u>Ronald Leslie Pearlman and Laurie Pearlman</u>                    ,     Case No._____
                      Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *18148 Green Meadow Drive Encino, CA 91316 Property is one of 5 properties subject to a trust deed in favor of Community Bank purporting to secure debt of approximately $1,375,646* | Fee Simple | C | $ 2,600,000.00 | $ 1,600,000.00 |
| *193 East Ikea Moku Place Kihei, HI 96953* | Fee Simple | C | $ 2,700,000.00 | $ 2,027,331.60 |
| *80 Luce Del Sole Henderson, NV 89011* | Fee Simple | C | $ 200,000.00 | $ 200,000.00 |
| *60 Luce Del Sole Henderson, NV 89011* | Fee Simple | C | $ 200,000.00 | $ 200,000.00 |
| *75 Luce Del Sole Henderson, NV 89011* | Fee Simple | C | $ 200,000.00 | $ 200,000.00 |
| *20 Avenida Sorrento Henderson, NV 89011* | Fee Simple | C | $ 650,000.00 | $ 650,000.00 |

___4___  continuation sheets attached

FORM B6A (Official Form 6A) (12/07)

In re _Ronald Leslie Pearlman and Laurie Pearlman_ _____,    Case No._____
               Debtor(s)                                               (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 11501 Hatteras Street Valley Village, CA 91601 Property is one of 5 properties subject to a trust deed in favor of Community Bank purporting to secure debt of approximately $1,375,646 | Fee Simple | C | $ 3,450,000.00 | $ 2,580,473.04 |
| 741 East Olive Avenue Burbank, CA 91501 | Fee Simple | C | $ 539,000.00 | $ 479,940.00 |
| 4427 Longridge Avenue Sherman Oaks, CA 91423 | Fee Simple | C | $ 839,000.00 | $ 703,800.00 |
| 12067 Guerin Street Unit 105 Studio City, CA 91604 | Fee Simple | C | $ 539,000.00 | $ 442,525.00 |
| 4114 Kling Street Burbank, CA 91505 Property is one of 5 properties subject to a trust deed in favor of Community Bank purporting to secure debt of approximately $1,375,646 | Fee Simple | C | $ 699,000.00 | $ 488,000.00 |
| 4124 Kling Street Burbank, CA 91505 Property is one of 5 properties subject to a trust deed in favor of Community Bank purporting to secure debt of approximately $1,375,646 | Fee Simple | C | $ 659,000.00 | $ 488,000.00 |

Sheet No. _1_ of _4_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re **Ronald Leslie Pearlman and Laurie Pearlman**                        ,        Case No._____
                    Debtor(s)                                                                              (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4128 Kling Street<br>Burbank, CA 91505<br>Property is one of 5 properties subject to a trust deed in favor of Community Bank purporting to secure debt of approximately $1,375,646 | Fee Simple | C | $ 659,000.00 | $ 488,000.00 |
| 45 Laukahi Street<br>Kihei, HI 96753 | Fee Simple | C | $ 700,000.00 | $ 605,000.00 |
| 17 Moana Avenue<br>Kihei, HI 96753 | Fee Simple | C | $ 700,000.00 | $ 605,000.00 |
| 35 South Kukui Place<br>Kihei, HI 96753<br>Property is one of 4 properties subject to a trust deed in favor of Towne Development purporting to secure debt of approximately $1,080,000 | Fee Simple | C | $ 700,000.00 | $ 700,000.00 |
| 116 Laukahi Street<br>Kihei, HI 96753<br>Property is one of 4 properties subject to a trust deed in favor of Towne Development purporting to secure debt of approximately $1,080,000 | Fee Simple | C | $ 749,000.00 | $ 380,000.00 |
| 105 Laukahi Street<br>Kihei, HI 96753<br>Property is one of 4 properties subject to a trust deed in favor of Towne Development purporting to secure debt of approximately $1,080,000 | Fee Simple | C | $ 699,000.00 | $ 0.00 |

Sheet No. _2_ of _4_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _Ronald Leslie Pearlman and Laurie Pearlman_ _____ ,      Case No._____
                    Debtor(s)                                                            (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 18 North Kukui Place<br>Kihei, HI 96753<br>Property is one of 4 properties subject to a trust deed in favor of Towne Development purporting to secure debt of approximately $1,080,000 | Fee Simple | C | $ 700,000.00 | $ 0.00 |
| 3800 Wailea Alanui<br>Unit 306<br>Wailea, HI 96753<br>Property worth $3,350,000; current loan balance $2,580,000 | 50% [tenants in common] | C | $ 1,675,000.00 | $ 1,675,000.00 |
| 51 Laukahi Street<br>Kihei, HI 96753 | Fee Simple | C | $ 800,000.00 | $ 605,000.00 |
| 59 Moana Avenue<br>Kihei, HI 96753 | Fee Simple | C | $ 700,000.00 | $ 605,000.00 |
| 65 Moana Avenue<br>Kihei, HI 96753 | Fee Simple | C | $ 800,000.00 | $ 605,000.00 |
| 9 Moana Avenue<br>Kihei, HI 96753 | Fee Simple | C | $ 700,000.00 | $ 605,000.00 |
| 82 Laukahi Street<br>Kihei, HI 96753 | Fee Simple | C | $ 700,000.00 | $ 605,000.00 |
| 66 Laukahi<br>Kihei, HI 96753<br>Debtors purchased property from Peter and Jennifer Blumenfeld.  Blumenfelds hold bare legal title to the property | Equitable Interest | C | $ 775,000.00 | $ 726,000.00 |

Sheet No. _3_ of _4_ continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re _Ronald Leslie Pearlman and Laurie Pearlman_ _____,      Case No._____
                                                                                    (if known)
              Debtor(s)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *for the benefit of the debtors.* | | | | |
| *42 Laukahi*<br>*Kihei, HI 96753*<br>*Debtor purchased property from Peter and Jennifer Blumenfeld; Blumenfelds hold bare legal title to the property for the benefit of the debtors.* | *Equitable Interest* | C | $ 850,000.00 | $ 809,000.00 |
| *Four Turnberry Place Unit 3606*<br>*Las Vegas, NV 89109*<br>*The debtors believe but have not yet confirmed that they and Margaret Sahroian each purchased a 50% equitable interest in property from Peter and Jennifer Blumenfeld and that the Blumenfelds hold bare legal title to the property.* | *50% Equitable Interest* | C | $ 162,500.00 | $ 162,500.00 |
| *22 Via Vasari*<br>*Unit 102*<br>*Henderson, NV 89011* | *50% [tenants in common]* | C | $ 100,000.00 | $ 100,000.00 |
| *22 Via Vasari*<br>*Unit 103*<br>*Henderson, NV 89011*<br>*Debtors did not sign and are not obligated on the loan purportedly secured by trust deed on property.* | *50% [tenants in common]* | C | $ 100,000.00 | $ 100,000.00 |

Sheet No. _4_ of _4_ continuation sheets attached to Schedule of Real Property                **TOTAL $**    | 25,544,500.00 |
                                            (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _Ronald Leslie Pearlman and Laurie Pearlman_____,   Case No. _____
            Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* <br> *Location: In debtors' possession* | C | $ 1,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking account at Bank of America* <br> *Location: Montrose Branch* | C | $ 0.00 |
| | | *Checking Account at Bank of America* <br> *Location: Bank* | C | $ 246.00 |
| | | *Checking Account at Wells Fargo* <br> *Location: Bank* | C | $ 23,732.62 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Household Goods and Furnishings* <br> *Location: 193 East Ikea Moku Place, Kihei, HI 96953* | C | $ 30,000.00 |
| | | *Households goods and furnishings* <br> *Location: 18148 Green Meadow drive, Encino, CA 91316* | C | $ 70,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Artwork* <br> *Location: 193 East Ikea Moku Place, Kihei, HI 96953* | C | $ 200,000.00 |

Page __1__ of __5__

B6B (Official Form 6B) (12/07)

In re **Ronald Leslie Pearlman and Laurie Pearlman**, _____     Case No. _____
                           Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Artwork** Location: 18148 Green Meadow Drive, Encino, CA 91316 | C | $ 500,000.00 |
| 6. Wearing apparel. | | **Clothing** Location: In debtors' possession | C | $ 10,000.00 |
| 7. Furs and jewelry. | | **3 Rolex and 1 Patek Phillipe watches** Location: Beverly Loan Company, Beverly Hils, CA | C | $ 100,000.00 |
| | | **Other Jewelry** Location: In debtors' possession | C | $ 75,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Allstate Life Insurance Policy - no cash value** Location: Rights intangible - policy in debtors' possession | W | $ 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **50% membership interest in 1425 South H Street, LLC.** NOTE: Debtors' interest in this limited liability company is held in the Pearlman Family Trust described in the Statement of Finacial Affairs, and is treated herein as property of the debtors. Location: Intangible | C | $ 710,000.00 |

Page  2  of  5

B6B (Official Form 6B) (12/07)

In re _Ronald Leslie Pearlman and Laurie Pearlman_ ,            Case No. _____
                          Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 50% membership interest in O.D. Property, LLC<br>NOTE: Debtors' interest in this limited liability company is held in the Pearlman Family Trust described in the Statement of Finacial Affairs, and is treated herein as property of the debtors.<br>See item 19.<br><br>Location: Intangible | C | $ 2,715,000.00 |
| | | 50% membership interest in Roma Limited Liability Company. Value unknown but believed to be substantial.<br>NOTE: Debtors' interests in this limited liability company is held in the Pearlman Family Trust described in the Statement of Finacial Affairs, and is treated herein as property of the debtors. See item 19.<br><br>Location: Intangible | C | Unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | Roma Limited Liability Company<br>Location: Intangible | C | $ 537,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | Power to revoke Pearlman Family Trust Agreement dated December 27, 1996 pursuant to which debtors are both settlors and trustees. All real property interests and membership interests listed in Schedule A are held by the Trust. See item 14.<br>Location: Intangible | C | Unknown |

B6B (Official Form 6B) (12/07)

In re _Ronald Leslie Pearlman and Laurie Pearlman_ ,          Case No. _____
           Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Claims against Margaret Sahroian Location: Intangible* | C | *Unknown* |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2008 Audi Q7 Location: In debtor's possession* | C | *$ 30,000.00* |
| | | *2008 Mercedez Benz CL600 Location: In debtor's possession* | C | *$ 80,000.00* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | *3 English Bulldogs; 1 Cat Location: In debtors' possession* | C | *Unknown* |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

In re **_Ronald Leslie Pearlman and Laurie Pearlman_**,                Case No. _____
        Debtor(s)                                                                                    (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | *Furnishings in Rental Homes Location: In rental homes* | C | $ 70,000.00 |

Page __5__ of __5__

Total ➔   $ 5,152,478.62

**(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.**

B6C (Official Form 6C) (04/10)

In re **Ronald Leslie Pearlman and Laurie Pearlman**                         ,        Case No. _____
                    Debtor(s)                                                                                (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 18148 Green Meadow Drive Encino, CA 91316 | Calif. C.C.P. §704.730(a)(2) | $ 100,000.00 | $ 2,600,000.00 |
| Household Goods and Furnishings | Calif. C.C.P. §704.020(a) | $ 30,000.00 | $ 30,000.00 |
| Households Goods and Furnishings | Calif. C.C.P. §704.020(a) | $ 70,000.00 | $ 70,000.00 |
| Artwork | Calif. C.C.P. §704.040 | $ 7,175.00 | $ 500,000.00 |
| Clothing | Calif. C.C.P. §704.020(a) | $ 10,000.00 | $ 10,000.00 |
| 2008 Mercedez Benz CL600 | Calif. C.C.P. §704.010 | $ 2,725.00 | $ 80,000.00 |

Page No.____ of ____

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re Ronald Leslie Pearlman and Laurie Pearlman                    ,    Case No._____
Debtor(s)                                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *5873*  *Creditor # : 1* Amtrust 1801 East 9th Street Cleveland OH 44114 | C | 1st Trust Deed 80 Luce Del Sole Henderson, NV 89011  Value: $ 200,000.00 | | X | | $ 526,215.00 | $ 326,215.00 |
| Account No: *6172*  *Creditor # : 2* Amtrust 1801 East 9th Street Cleveland OH 44114 | C | 1st Trust Deed 75 Luce Del Sole Henderson, NV 89011  Value: $ 200,000.00 | | X | | $ 457,000.00 | $ 257,000.00 |
| Account No:  *Creditor # : 3* Amtrust 1801 East 9th Street Cleveland OH 44114 | C | 1st Trust Deed 60 Luce Del Sole Henderson, NV 89011  Value: $ 200,000.00 | | X | | $ 414,500.00 | $ 214,500.00 |

5   continuation sheets attached

Subtotal $ (Total of this page)   $ 1,397,715.00   $ 797,715.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re  Ronald Leslie Pearlman and Laurie Pearlman                    ,          Case No. _____
                                  **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 0411<br>Creditor # : 4<br>Bank of America<br>Home Loan Servicing<br>PO Box 515503<br>Los Angeles CA 90051-5408 | C | 1st Trust Deed<br>741 East Olive Avenue Burbank, CA 91501<br><br>Value $ 539,000.00 | | X | | $ 479,940.00 | $ 0.00 |
| Account No: 5751<br>Creditor # : 5<br>Bank of America<br>Home Loan Servicing<br>PO Box 515503<br>Los Angeles CA 90051-5408 | C | 1st Trust Deed<br>4427 Longridge Avenue Sherman Oaks, CA 91423<br><br>Value $ 839,000.00 | | X | | $ 703,800.00 | $ 0.00 |
| Account No:<br>Creditor # : 6<br>Bank of America<br>Home Loan Servicing<br>PO Box 515503<br>Los Angeles CA 90051-5408 | C | 1st Trust Deed<br>3800 Wailea Alanui Unit 306 Wailea, HI 96753<br><br>Value: $ 1,675,000.00 | X | X | X | $ 2,580,000.00 | $ 905,000.00 |
| Account No: 9039<br>Creditor # : 7<br>Bank of America<br>Home Loan Servicing<br>PO Box 515503<br>Los Angeles CA 90051-5408 | C | 1st Trust Deed<br>12067 Guerin Street Unit 105 Studio City, CA 91604<br><br>Value $ 539,000.00 | | X | | $ 442,525.00 | $ 0.00 |
| Account No: 3922<br>Creditor # : 8<br>Beverly Loan Company<br>9440 Santa Monica Boulevard Suite 301<br>Beverly Hills CA 90210 | C | Lien<br>3 Rolex and 1 Patek Phillipe watches<br><br>Value: $ 100,000.00 | X | X | | $ 40,000.00 | $ 0.00 |
| Account No: 9105<br>Creditor # : 9<br>Central Pacific<br>Loan Service Department<br>PO Box 3590<br>Honolulu HI 96811 | C | 1st Trust Deed<br>82 Laukahi Street Kihei, HI 96753<br><br>Value: $ 700,000.00 | | X | | $ 605,000.00 | $ 0.00 |

Sheet no. 1  of  5  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ | $ 4,851,265.00 | $ 905,000.00
(Total of this page)
Total $
(Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re Ronald Leslie Pearlman and Laurie Pearlman    ,          Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No. 6236  Creditor # : 10 Central Pacific Loan Service Department PO Box 3590 Honolulu HI 96811 | C | 1st Trust Deed 45 Laukahi Street Kihei, HI 96753 _____ Value $ 700,000.00 | | | X | $ 605,000.00 | $ 0.00 |
| Account No 7091  Creditor # : 11 Central Pacific Loan Service Department PO Box 3590 Honolulu HI 96811 | C | 1st Trust Deed 17 Moana Avenue Kihei, HI 96753 _____ Value $ 700,000.00 | | | X | $ 605,000.00 | $ 0.00 |
| Account No 7148  Creditor # : 12 Central Pacific Loan Service Department PO Box 3590 Honolulu HI 96811 | C | 1st Trust Deed 51 Laukahi Street Kihei, HI 96753 _____ Value $ 800,000.00 | | | X | $ 605,000.00 | $ 0.00 |
| Account No 7121  Creditor # : 13 Central Pacific Loan Service Department PO Box 3590 Honolulu HI 96811 | C | 1st Trust Deed 59 Moana Avenue Kihei, HI 96753 _____ Value $ 700,000.00 | | | X | $ 605,000.00 | $ 0.00 |
| Account No 6228  Creditor # : 14 Central Pacific Loan Service Department PO Box 3590 Honolulu HI 96811 | C | 1st Trust Deed 65 Moana Avenue Kihei, HI 96753 _____ Value $ 800,000.00 | | | X | $ 605,000.00 | $ 0.00 |
| Account No. 8402  Creditor # : 15 Central Pacific Loan Service Department PO Box 3590 Honolulu HI 96811 | C | 2001 1st Trust Deed 193 East Ikea Moku Place Kihei, HI 96953 _____ Value $ 2,700,000.00 | | | X | $ 2,027,331.60 | $ 0.00 |

Sheet no. 2  of  5  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)   $ 5,052,331.60    $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules )

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re __Ronald Leslie Pearlman and Laurie Pearlman_____,    Case No._____
                           **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *7083* Creditor # : 16 Central Pacific Loan Service Department PO Box 3590 Honolulu HI 96811 | C | *1st Trust Deed* *9 Moana Avenue Kihei, HI 96753* Value $ *700,000.00* | | X | | $ 605,000.00 | $ 0.00 |
| Account No Creditor # : 17 Central Pacific Loan Service Department PO Box 3590 Honolulu HI 96811 | C | *Deed of Trust* *42 Laukahi Street Kihei, HI 96753* Value $ *850,000.00* | | X | | $ 809,000.00 | $ 0.00 |
| Account No Creditor # : 18 Chase PO Box 78035 Phoenix AZ 85062 | C | *1st Trust Deed* *18148 Green Meadow Drive Encino, CA 91316* Value $ *2,600,000.00* | | X | | $ 500,000.00 | $ 0.00 |
| Account No: *8428* Creditor # : 19 Chase PO Box 78035 Phoenix AZ 85062 | C | *Deed of Trust* *20 Aveneda Sorrento Henderson, NV 89011* Value $ *650,000.00* | | X | | $ 840,000.00 | $ 190,000.00 |
| Account No: Creditor # : 20 Chase PO Box 78420 Phoenix AZ 85062 | C | *Deed of Trust* *22 Via Vasari Unit 102 Henderson, NV 89011* Value $ *100,000.00* | | X | | $ 500,000.00 | $ 400,000.00 |
| Account No: Creditor # : 21 Chase PO Box 78035 Phoenix AZ 85062 | C | *Deed of Trust* *22 Via Vasari Unit 103 Henderson, NV 89011* Value $ *100,000.00* | X | X | X | $ 500,000.00 | $ 400,000.00 |

Sheet no. 3   of  5   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 3,754,000.00 | $ 990,000.00 |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re Ronald Leslie Pearlman and Laurie Pearlman_____,   Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor # : 22<br>Community Bank<br>790 East Colorado Boulevard<br>Pasadena CA 91101 | C | Deed of Trust<br>18148 Green Meadow Drive<br>Encino, CA  91316, 11501<br>Hatteras Street Valley<br><br>Value $ 8,067,000.00 | | | X | $ 1,375,646.00 | $ 0.00 |
| Account No<br>Creditor # : 23<br>Margaret Sahroian<br>609 Paseo Del Mar<br>Palos Verdes Pen CA 90274 | C | Deed of Trust<br>18148 Green Meadow Drive<br>Encino, CA 91316<br><br>Value $ 2,600,000.00 | X | X | X | $ 1,100,000.00 | $ 0.00 |
| Account No<br>Creditor # : 24<br>Margaret Sahroian<br>609 Paseo Del Mar<br>Palos Verdes Pen CA 90274 | C | Deed of Trust<br>4114 Kling Street Burbank, CA<br>91505<br><br>Value $ 699,000.00 | X | X | X | $ 488,000.00 | $ 0.00 |
| Account No<br>Creditor # : 25<br>Margaret Sahroian<br>609 Paseo Del Mar<br>Palos Verdes Pen CA 90274 | C | Deed of Trust<br>4128 Kling Street Burbank, CA<br>91505<br><br>Value $ 659,000.00 | X | X | X | $ 488,000.00 | $ 0.00 |
| Account No<br>Creditor # : 26<br>Margaret Sahroian<br>609 Paseo Del Mar<br>Palos Verdes Pen CA 90274 | C | Deed of Trust<br>4124 Kling Street Burbank, CA<br>91505<br><br>Value $ 659,000.00 | X | X | X | $ 488,000.00 | $ 0.00 |
| Account No.<br>Creditor # : 27<br>Tomato Bank<br>1241 South Grand Avenue<br>Suite K<br>Diamond Bar CA 91765 | C | 1st Trust Deed<br>11501 Hatteras Street Valley<br>Village, CA 91601<br><br>Value $ 3,450,000.00 | | X | X | $ 1,204,827.04 | $ 0.00 |

Sheet no. 4  of 5  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)   $ 5,144,473.04   $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules )

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re Ronald Leslie Pearlman and Laurie Pearlman ,    Case No._____
           Debtor(s)                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H—Husband W—Wife J—Joint C—Community | | | | | |
| Account No. <br> Creditor # : 28 <br> Towne Development <br> 710 N Plankinton <br> Milwaukee WI 53203-2417 | C | 35 South Kukui Place Kihei, HI 96753, 116 Laukahi Street Kihei, HI 96753, 105 North <br> Value: $ 2,848,000.00 | | X | | $ 1,080,000.00 | $ 0.00 |
| Account No. 5971 <br> Creditor # : 29 <br> US Bank <br> California Direct <br> PO Box 790179 <br> Saint Louis MO 63179-0179 | C | 2008 <br> Car Loan <br> 2008 Mercedez Benz CL600 <br> Value: $ 80,000.00 | | X | | $ 40,679.26 | $ 0.00 |
| Account No. <br> Creditor # : 30 <br> Wells Fargo Bank <br> PO Box 30427 <br> Los Angeles <br> Los Angeles CA 90030-0427 | C | Deed of Trust <br> 66 Laukahi Street Kihei, HI 96753 <br> Value: $ 775,000.00 | | X | | $ 726,000.00 | $ 0.00 |
| Account No. <br> Creditor # : 31 <br> Wells Fargo Bank <br> PO Box 30427 <br> Los Angeles CA 90030-0427 | C | Deed of Trust <br> Four Turnberry Place Unit 3606 Las Vegas, NV 89109 <br> Value: $ 162,500.00 | | X | | $ 580,000.00 | $ 417,500.00 |
| Account No. | | Value: | | | | | |
| Account No. | | Value: | | | | | |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ <br> (Total of this page) | $ 2,426,679.26 | $ 417,500.00 |
| Total $ <br> (Use only on last page) | $ 22,626,463.90 | $ 3,110,215.00 |
| | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re Ronald Leslie Pearlman and Laurie Pearlman _____,    Case No. _____
_____
Debtor(s)    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>5</u>    **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re **Ronald Leslie Pearlman and Laurie Pearlman** _____ ,   Case No. _____
**Debtor(s)**                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Deposits by individuals*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No.: *Creditor # : 1* *Araksi Calstian* *11501 Hatteras Street* *Unit 6* *North Hollywood CA 91601* | C | *Security deposit* | X | X | | $ 1,850.00 | $ 1,850.00 | $ 0.00 |
| Account No *Creditor # : 2* *Brendan McGuigan* *11501 Hatteras Street* *Unit 8* *North Hollywood CA 91601* | C | *Security deposit* | X | X | | $ 2,150.00 | $ 2,150.00 | $ 0.00 |
| Account No. *Creditor # : 3* *Cora Nakano and Dan Viola* *9 Moana Avenue* *Kihei HI 96753* | C | *Security deposit* | X | X | | $ 2,700.00 | $ 2,600.00 | $ 100.00 |
| Account No. *Creditor # : 4* *Gilbert Felicia* *11501 Hatteras Street* *Unit 1* *North Hollywood CA 91601* | C | *Security deposit* | X | X | | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| Account No. *Creditor # : 5* *Howard and Theresa Mallen* *4427 Longridge Avenue* *Sherman Oaks CA 91423* | C | *Security deposit* | X | X | | $ 3,000.00 | $ 2,600.00 | $ 400.00 |
| Account No *Creditor # : 6* *Jason Duan* *35 South Kukui Place* *Kihei HI 96753* | C | *Security deposit* | X | X | | $ 3,000.00 | $ 2,600.00 | $ 400.00 |

Sheet No. __1__ of __5__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 15,200.00 | 14,300.00 | 900.00 |

Total $
(Use only on last page of the completed Schedule E. Report total also
on Summary of Schedules)

Total $
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and

Official Form 6E (04/10) - Cont.

In re <u>Ronald Leslie Pearlman and Laurie Pearlman</u>              ,         Case No. _____
                **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  *Deposits by individuals*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| | | H—Husband W—Wife J—Joint C—Community | | | | | | |
| Account No <br> Creditor # : 7 <br> Jennifer Alcantara <br> 4114 Kling Street <br> Burbank CA 91505 | C | Security deposit | X | X | | $ 2,850.00 | $ 2,600.00 | $ 250.00 |
| Account No <br> Creditor # : 8 <br> Joanne and Darrell Vaught <br> 4128 Kling Street <br> Burbank CA 91505 | C | Security deposit | X | X | | $ 3,100.00 | $ 2,600.00 | $ 500.00 |
| Account No <br> Creditor # : 9 <br> Jora and Sonia Sename <br> 741 East Olive Avenue <br> Burbank CA 91501 | C | Security deposit | X | X | | $ 2,750.00 | $ 2,600.00 | $ 150.00 |
| Account No <br> Creditor # : 10 <br> Kim Stringer <br> 12067 Guerin Street <br> Unit 105 <br> Studio City CA 91604 | C | Security deposit | X | X | | $ 2,000.00 | $ 2,600.00 | $ 0.00 |
| Account No <br> Creditor # : 11 <br> Matthew Tidwell <br> 65 Moana Avenue <br> Kihei HI 96753 | C | Security deposit | X | X | | $ 2,800.00 | $ 2,600.00 | $ 200.00 |
| Account No <br> Creditor # : 12 <br> Natalie Chapelle <br> 45 Laukahi Street <br> Kihei HI 96753 | C | Security deposit | X | X | | $ 2,800.00 | $ 2,600.00 | $ 200.00 |

Sheet No.  2  of  5  continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ <br> (Total of this page) | 16,300.00 | 15,000.00 | 1,300.00 |
| Total $ <br> (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re <u>Ronald Leslie Pearlman and Laurie Pearlman</u>                      ,        Case No._____
                     **Debtor(s)**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:    *Deposits by individuals*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 13*<br>*Oksana and Mark Key*<br>*11501 Hatteras Street*<br>*Unit 2*<br>*North Hollywood CA 91601* | C | *Security deposit* | | | X | X | | $ 1,563.00 | $ 1,563.00 | $ 0.00 |
| Account No:<br>*Creditor # : 14*<br>*Peter Katar*<br>*51 Laukahi Street*<br>*Kihei HI 96753* | C | *Security deposit* | | | X | X | | $ 2,600.00 | $ 2,600.00 | $ 0.00 |
| Account No:<br>*Creditor # : 15*<br>*Rachel Norris*<br>*4124 Kling Street*<br>*Burbank CA 91505* | C | *Security deposit* | | | X | X | | $ 3,350.00 | $ 2,600.00 | $ 750.00 |
| Account No:<br>*Creditor # : 16*<br>*Raymond Finley*<br>*11501 Hatteras Street*<br>*Unit 7*<br>*North Hollywood CA 91601* | C | *Security deposit* | | | X | X | | $ 1,850.00 | $ 1,850.00 | $ 0.00 |
| Account No:<br>*Creditor # : 17*<br>*Ricky Brown*<br>*11501 Hatteras Street*<br>*Unit 4*<br>*North Hollywood CA 91601* | C | *Security deposit* | | | X | X | | $ 2,250.00 | $ 2,250.00 | $ 0.00 |
| Account No:<br>*Creditor # : 18*<br>*Roland Hayes*<br>*11501 Hatteras Street*<br>*Unit 5*<br>*North Hollywood CA 91601* | C | *Security deposit* | | | X | X | | $ 2,250.00 | $ 2,250.00 | $ 0.00 |

Sheet No. _3_ of _5_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal $ (Total of this page) | 13,863.00 | 13,113.00 | 750.00 |
|---|---|---|---|---|
|  | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.) |  |  |  |
|  | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and |  |  |  |

Official Form 6E (04/10) - Cont.

In re Ronald Leslie Pearlman and Laurie Pearlman        ,        Case No. _____

            **Debtor(s)**                                                             (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Deposits by individuals*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No. Creditor # : 19 Scott Buckles 82 Laukahi Street Kihei HI 96753 | C | Security deposit | X | X | | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| Account No. Creditor # : 20 Shannon Cortez 18 North Kukui Place Kihei HI 96753 | C | Security deposit | X | X | | $ 3,000.00 | $ 2,600.00 | $ 400.00 |
| Account No. Creditor # : 21 Yeranuhi Manuky 11501 Hatteras Street Unit 3 North Hollywood CA 91601 | C | Security deposit | X | X | | $ 1,753.00 | $ 1,753.00 | $ 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Sheet No. __4__ of __5__ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | Subtotal $ (Total of this page) | | | | 7,253.00 | 6,853.00 | 400.00 |
| | | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | | | | |
| | | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | | | | |

Official Form 6E (04/10) - Cont.

In re <u>Ronald Leslie Pearlman and Laurie Pearlman</u>         ,         Case No. _____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor # : 22 Franchise Tax Board Attention: Bankruptcy PO Box 2952 Sacramento CA 95812-2952** | C | *Notice only* | | X | X | X | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No. **Creditor # : 23 Internal Revenue Service PO Box 21126 Philadelphia PA 19114** | C | *Notice only* | | X | X | X | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet No. __5__ of __5__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | | |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 52,616.00 | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | 49,266.00 | 3,350.00 |

B6F (Official Form 6F) (12/07)

In re _Ronald Leslie Pearlman and Laurie Pearlman_ _____ ,    Case No. _____
 
**Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | C | | | X | | Unknown |
| Creditor # : 1 Allstate Insurance Company PO Box 660642 Dallas TX 75266-0642 | | Policy numbers:  099251126, 924548348, 914281300, 924074857, 914281299, 904956612, 904956614 | | | | |
| Account No: | C | | | X | | Unknown |
| Creditor # : 2 Allstate Insurance Company PO Box 660642 Dallas TX 75266-0642 | | Policy numbers:  904917591, 914013199, 914858659, 764857374, 764554199C, 936504775, 936473340, | | | | |
| Account No: | C | | | X | | Unknown |
| Creditor # : 3 Allstate Insurance Company PO Box 3500 Akron OH 44309-3300 | | Policy numbers:  917041503, 920504891, 920488029, 920060558 | | | | |
| Account No: | C | | | X | | Unknown |
| Creditor # : 4 Allstate Insurance Company PO Box 3500 Akron OH 44309-3300 | | Policy numbers:  920312049, 920312048, 920493142, 920421337, 920341043, 920472992, 920476273 | | | | |

 _5_ continuation sheets attached

Subtotal $                          $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Ronald Leslie Pearlman and Laurie Pearlman_____,    Case No._____
                                          **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 5 <br> Allstate Insurance Company <br> PO Box 22589 <br> Omaha NE 68103-2258 | C | Policy numbers:  3801233028, 3801233176, 3801279401, 1807456919 | | X | | *Unknown* |
| Account No: <br> Creditor # : 6 <br> American Express <br> PO Box 0001 <br> Los Angeles CA 90096 | C | Accounts ending in 5009, 2007 | | X | | $ 59,995.00 |
| Account No:    5234 <br> Creditor # : 7 <br> American Express <br> PO Box 30380 <br> Salt Lake City UT 84130 | C | Credit line | | X | | $ 102,306.65 |
| Account No: <br> Creditor # : 8 <br> Aria Resort & Casino Holdings <br> Mark Russell Esq. <br> 3400 Las Vegas Boulevard South <br> Las Vegas NV 89109 | H | Settlement <br> (Joint with Bellagio and Mirage) | | | | $ 520,000.00 |
| Account No:    4943 <br> Creditor # : 9 <br> AT&T <br> Payment Center <br> Sacramento CA 95887-0001 | C | Utilities | | X | | $ 0.00 |
| Account No:    6599 <br> Creditor # : 10 <br> Bank of America <br> PO Box 30750 <br> Los Angeles CA 90030-0750 | C | Line of credit | | X | | $ 50,000.00 |

Sheet No. __1_ of ___5 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 732,301.65

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Ronald Leslie Pearlman and Laurie Pearlman_____ ,          Case No._____
                                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2321<br>Creditor # : 11<br>Bank of America<br>PO Box 301200<br>Los Angeles CA 90030-0750 | C | | Credit Card | | X | | $ 1,087.12 |
| Account No:   0105<br>Creditor # : 12<br>Bela Sera HOA<br>Pacific Western Bank<br>PO Box 2769<br>Yucca Valley CA 92286 | C | | HOA dues for Guerin property | | X | | $ 1,555.92 |
| Account No:<br>Creditor # : 13<br>Bellagio LLC<br>Mark Russell Esq<br>3400 Las Vegas Boulevard South<br>Las Vegas NV 89109 | H | | Settlement<br>(Joint with Aria and Mirage)<br>See Creditor # 8 | | | | $ 0.00 |
| Account No:   9539<br>Creditor # : 14<br>Central Pacific Bank<br>PO Box 790408<br>Saint Louis MO 63179-0408 | C | | Credit Card | | X | | $ 73,197.39 |
| Account No:<br>Creditor # : 15<br>Chase Card Services<br>PO Box 94014<br>Palatine, IL<br>Palatine IL 60094-4014 | C | | Accounts ending in 2553, 9368, 6106, 5800 | | X | | $ 37,347.21 |
| Account No:<br>Creditor # : 16<br>Chumash Casino<br>3400 East Highway 246<br>Santa Ynez CA 93460 | H | | 2009 Loan | | X | | $ 90,000.00 |

Sheet No.   2 of   5 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 203,187.64

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Ronald Leslie Pearlman and Laurie Pearlman**           ,      Case No. _____
                          **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  0216 *Creditor # : 17* *Department of Water Supply* *200 South High Street* *Wailuku HI 96793* | C | *Utilities* | | X | | $ 123.00 |
| Account No *Creditor # : 18* *Dongbu* *1440 Kapiolani Boulevard* *Suite 950* *Honolulu HI 96814* | C | *Insurance for Maui Properties; Policy numbers:  DDF0800160, DDF0800162, DDF0800165, DDF0800163* | | X | | Unknown |
| Account No  9959 *Creditor # : 19* *Exxon Mobile* *Processing Center* *Des Moines IA 50361* | C | *Notice only* | | X | | $ 0.00 |
| Account No: *Creditor # : 20* *Farmers Insurance* *Payment Processing* *PO Box 89-47291* *Los Angeles CA 90189-4729* | C | *Policy number:  60470-20-44* | | X | | Unknown |
| Account No: *Creditor # : 21* *Goold Patterson Ales & Day* *Attorneys At Law* *4496 South Pecos Road* *Las Vegas NV 91316* | C | 10/23/10 *Legal services* | | X | | $ 1,172.33 |
| Account No: *Creditor # : 22* *Jolene Merritt* *333 10th Street* *Hermosa Beach CA 90254* | C | *2007 Loan* | X | X | X | $ 395,000.00 |

Sheet No. __3__ of ____5 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 396,295.33
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, f applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re Ronald Leslie Pearlman and Laurie Pearlman _____ ,    Case No. _____
                          **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 23** *Luna & Gershon 15760 Ventura Boulevard Suite 1520 Encino CA 91436* | C | | *2010 Legal services* | | X | | $ 3,113.78 |
| Account No: **Creditor # : 24** *Maui Electric PO Box 398 Kahului HI 96733-6899* | C | | *Utilities Accounts ending in 3007, 0002, 4004, 8006, 2008* | | X | | $ 519.78 |
| Account No: **Creditor # : 25** *Merchant Horovitz LLLC Attn. David Merchant, Esq. 305 South High Street, #101 Wailuku HI 96793* | C | | *2010 Legal services* | | X | | $ 4,157.02 |
| Account No: **Creditor # : 26** *NV Energy PO Box 30086 Reno NV 89520* | C | | *Utilities; accounts ending in 9988, 0077* | | X | | $ 858.14 |
| Account No: **Creditor # : 27** *The Brownstones HOA Management 706 West Broadway Unit 204 Glendale CA 91204* | C | | *HOA dues Accounts ending in 3128, 3124, 3114* | | X | | $ 2,065.00 |
| Account No: **Creditor # : 28** *The Mirage Casino Hotel Mark Russell Esq 3400 Las Vegas Boulevard South Las Vegas NV 89109* | H | | *Settlement (Joint with Aria and Bellagio) See Creditor # 8* | | | | $ 0.00 |

Sheet No. __4__ of __5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 10,713.72

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Ronald Leslie Pearlman and Laurie Pearlman_____ ,    Case No. _____
           **Debtor(s)**                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    1741<br>Creditor # : 29<br>The Villas at Olive<br>Home Owners Association<br>706 West Broadway Unit 204<br>Glendale CA 91204 | C | HOA dues | | X | | $ 706.00 |
| Account No.    7793<br>Creditor # : 30<br>Time Warner Cable<br>PO Box 60074<br>City of Industry CA 91716-0024 | C | Utilities | | X | | $ 200.00 |
| Account No.    unkn<br>Creditor # : 31<br>Time Warner Cable<br>PO Box 60074<br>City of Industry CA 91716-0024 | C | Utilities | | X | | $ 205.00 |
| Account No.    8400<br>Creditor # : 32<br>Wailea Kialoa<br>Hawaiian Management<br>711 Kapiolani Blvd Unit 700<br>Honolulu HI 96815 | C | HOA dues | | X | | $ 894.00 |
| Account No.<br>Creditor # : 33<br>Wynn Las Vegas, LLC<br>c/o Christopher J. Melton<br>3131 Las Vegas Blvd. South<br>Las Vegas NV 89109 | H | 2010<br>Loan | X | X | X | $ 250,000.00 |
| Account No.<br>Creditor # : 34<br>Zephyr Insurance Company<br>1011 Bishop Street<br>ASB Tower Suite 2750<br>Honolulu HI 96813 | C | Policy numbers:  HUR237333, HUR235328, HUR274332, HUR236272, HUR234759, HUR234758 | | | | $ 0.00 |

Sheet No.    5  of       5 continuation sheets attached to Schedule of     |    Subtotal $    | $ 252,005.00
Creditors Holding Unsecured Nonpriority Claims

Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related     |    $ 1,594,503.34

B6G (Official Form 6G) (12/07)

In re **Ronald Leslie Pearlman and Laurie Pearlman** _____ / Debtor    Case No. _____
                                                                                                      (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| **Araksi Calstian**<br>**11501 Hatteras Street**<br>**Unit 5**<br>**North Hollywood CA   91601** | Contract Type:**Residential lease**<br>Terms: **$1,850.00 per month**<br>Beginning date:<br>Debtor's Interest:**Property Owner**<br>Description: **Lease for 11501 Hatteras, Unit 5**<br>                **North Hollywood, CA 91601**<br>Buyout Option:**None** |
| **Brendan McGuigan**<br>**11501 Hatteras**<br>**Unit 8**<br>**North Hollywood CA   91601** | Contract Type:**Residential lease**<br>Terms: **$2,150.00 per month**<br>Beginning date:<br>Debtor's Interest:**Property Owner**<br>Description: **Lease for 11501 Hatteras, Unit 8**<br>                **North Hollywood, CA 91601**<br>Buyout Option:**none** |
| **Cora Nakan and Dan Viola**<br>**9 Moana Avenue**<br>**Kihei HI   96753** | Contract Type:**Residential lease**<br>Terms:  **$2,700.00 per month Lease ends 1/11**<br>Beginning date:<br>Debtor's Interest:**Property Owner**<br>Description: **Lease for 9 Moana Avenue**<br>                **Kihei, HI 96753**<br>Buyout Option:**none** |
| **Gilbert Felicia**<br>**11501 Hatteras Street**<br>**Unit 1**<br>**North Hollywood CA   91601** | Contract Type:**Residential lease**<br>Terms: **Lease ends 2/11 $2,250.00/month**<br>Beginning date:<br>Debtor's Interest:**Property Owner**<br>Description: **Lease for 11501 Hatteras Street, Unit 1**<br>                **North Hollywood,   91601**<br>Buyout Option:**none** |
| **Howard and Theresa Mallen**<br>**4427 Longridge Avenue**<br>**Sherman Oaks CA   91423** | Contract Type:**Residential lease**<br>Terms: **$3,000.00 per month**<br>Beginning date:<br>Debtor's Interest:**Property Owner**<br>Description: **Lease for 4427 Longridge Avenue**<br>                **Sherman Oaks, CA 91423**<br>Buyout Option:**none** |

B6G (Official Form 6G) (12/07)

In re <u>Ronald Leslie Pearlman and Laurie Pearlman</u> / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Jason Duan<br>35 South Kikui Place<br>Kihei HI  96753 | Contract Type:Residential lease<br>Terms: $3,000.00 per month<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Lease for 35 South Kikui Place<br>       Kihei, HI 96753<br>Buyout Option:none |
| Jennifer Alcantara<br>4114 Kling Street<br>Burbank, CA | Contract Type:Residential lease<br>Terms: $2,850.00 per month<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Lease for 4114 Kling Street<br>       Burbank, CA<br>Buyout Option:none |
| Joanne and Darrell Vaught<br>4128 Kling Street<br>Burbank, CA | Contract Type:Residential lease<br>Terms: $3,100.00 per month<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Lease for 4128 Kling Street<br>       Burbank, CA<br>Buyout Option:none |
| Jora and Sonia Sename<br>741 E Olive<br>Burbank, CA | Contract Type:Residential lease<br>Terms: $2,750.00 per month<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Lease for 741 E Olive<br>       Burbank, CA<br>Buyout Option:none |
| Joyce and John Seibert<br>20 Avenida Sorrento<br>Henderson NV  89011 | Contract Type:Residential lease<br>Terms: $2,600 per month<br>Beginning date:1/1/2011<br>Debtor's Interest:Property Owner<br>Description: One year residential lease for 20 Avenida<br>       Sorrento, Henderson, NV 89011<br>Buyout Option:None |
| Kim Stringer<br>12067 Guerin<br>Studio City, CA | Contract Type:Residential lease<br>Terms: $2,000.00 per month<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Lease for 12067 Guerin<br>       Studio City, CA<br>Buyout Option:none |

In re **Ronald Leslie Pearlman and Laurie Pearlman**_____ / Debtor     Case No. _____
                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| **Makena Wailea Real Estate**<br>**Wailea Town Center Ste A-105**<br>**161 Wailea Ike Place**<br>**Kihei HI  96753** | Contract Type:**Management Agreement**<br>Terms: **10% of rents**<br>Beginning date:<br>Debtor's Interest:<br>Description:**Agreement to manage residential real property**<br>Buyout Option: |
| **Natalie Chapelle**<br>**45 Laukahi Street**<br>**Kihei HI  96753** | Contract Type:**Residential lease**<br>Terms: **$2,850.00 per month**<br>Beginning date:<br>Debtor's Interest:**Property Owner**<br>Description:**Lease for 45 Laukahi Street**<br>**Kihei, HI 96753**<br>Buyout Option:**none** |
| **Oksana and Mark Key**<br>**11501 Hatteras**<br>**Unit 2**<br>**North Hollywood CA  91601** | Contract Type:**Residential lease**<br>Terms: **$1,563.00 per month**<br>Beginning date:<br>Debtor's Interest:**Property Owner**<br>Description:**Lease for 11501 Hatteras, Unit 2**<br>**North Hollywood, CA 91601**<br>Buyout Option:**none** |
| **Peter Katar**<br>**51 Laukahi Ave**<br>**Kihei HI  96753** | Contract Type:**Residential lease**<br>Terms: **$2600.00/month**<br>Beginning date:<br>Debtor's Interest:**Property Owner**<br>Description:<br>Buyout Option:**none** |
| **Rachel Norris**<br>**4124 Kling Street**<br>**Burbank, CA** | Contract Type:**Residential lease**<br>Terms: **$3,350.00 per month**<br>Beginning date:<br>Debtor's Interest:**Property Owner**<br>Description:**Lease for 4124 Kling Street**<br>**Burbank, CA**<br>Buyout Option:**none** |
| **Raymond Finley**<br>**11501 Hatteras**<br>**Unit 7**<br>**North Hollywood CA  91601** | Contract Type:**Residential lease**<br>Terms: **$1,850.00 per month**<br>Beginning date:<br>Debtor's Interest:**Property Owner**<br>Description:**Lease for 11501 Hatteras, Unit 7**<br>**North Hollywood, CA 91601**<br>Buyout Option:**none** |

B6G (Official Form 6G) (12/07)

In re _Ronald Leslie Pearlman and Laurie Pearlman_ _____ / Debtor    Case No. _____
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Ricky Brown<br>11501 Hatteras<br>Unit 4<br>North Hollywood CA  91601 | Contract Type:Residential lease<br>Terms: $2,250 per month Lease ends 9/11<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Lease for 11501 Hatteras, Unit 4<br>               North Hollywood, CA 91601<br>Buyout Option:none |
| Roland Hayes<br>11501 Hatteras<br>Unit 5<br>North Hollywood CA  91601 | Contract Type:Residential lease<br>Terms: $2,250 per month Lease ends 9/11<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Lease for 11501 Hatteras, Unit 5<br>               North Hollywood, CA 91601<br>Buyout Option:none |
| Scott Buckles<br>82 Laukahi Street<br>Kihei HI  96753 | Contract Type:Residential lease<br>Terms: $2,500.00 per month<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Lease for 82 Laukahi Street<br>               Kihei, HI 96753<br>Buyout Option:none |
| Shannon Cortez<br>18 North Kukui<br>Kihei HI  96753 | Contract Type:Residential lease<br>Terms: $3,000.00 per month Lease ends 1/11<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Lease for 18 North Kukui<br>               Kihei, HI 96753<br>Buyout Option:none |
| Thomas Realty Co.<br>245 E. Olive #400<br>Burbank CA  91502 | Contract Type:Management Agreement<br>Terms: 10% of rents collected<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Agreement to manage residential real property<br>Buyout Option: |
| Valeria Strand<br>17 Moana Avenue<br>Kihei HI  96753 | Contract Type:Residential lease<br>Terms: $2000.00 per month Lease ends 10/10<br>Beginning date:<br>Debtor's Interest:Property Owner<br>Description: Lease for 17 Moana Avenue<br>               Kihei, HI 96753<br>Buyout Option:none |

B6G (Official Form 6G) (12/07)

In re _Ronald Leslie Pearlman and Laurie Pearlman_ _____ / Debtor    Case No. _____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Warm Springs Realty_<br>_3217 E. Warm Springs Road_<br>_Las Vegas NV  89120_ | Contract Type:_Management Agreement_<br>Terms: _10% of rental income_<br>Beginning date:<br>Debtor's Interest:_Property Owner_<br>Description:_Agreement to manage residential real estate_<br>Buyout Option: |
| _Yeranuhi Manuky_<br>_11501 Hatteras_<br>_Unit 3_<br>_North Hollywood CA  91601_ | Contract Type:_Residential lease_<br>Terms: _$1,753.00 per month_<br>Beginning date:<br>Debtor's Interest:_Property Owner_<br>Description: _Lease for 11501 Hatteras, Unit 3_<br>      _North Hollywood, CA 91601_<br>Buyout Option:_none_ |

B6H (Official Form 6H) (12/07)

In re **_Ronald Leslie Pearlman and Laurie Pearlman_** _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re <u>Ronald Leslie Pearlman and Laurie Pearlman</u>        ,        Case No. _____
            **Debtor(s)**                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Self-employed* | *Self-employed* |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1 Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2 Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3 SUBTOTAL | $ 0.00 | $ 0.00 |
| 4 LESS PAYROLL DEDUCTIONS | | |
| a Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b Insurance | $ 0.00 | $ 0.00 |
| c Union dues | $ 0.00 | $ 0.00 |
| d Other (Specify): | $ 0.00 | $ 0.00 |
| 5 SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6 TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7 Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8 Income from real property | $ 23,428.00 | $ 23,428.00 |
| 9 Interest and dividends | $ 0.00 | $ 0.00 |
| 10 Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11 Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12 Pension or retirement income | $ 0.00 | $ 0.00 |
| 13 Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14 SUBTOTAL OF LINES 7 THROUGH 13 | $ 23,428.00 | $ 23,428.00 |
| 15 AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 23,428.00 | $ 23,428.00 |
| 16 COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 46,856.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

*Income is derived entirely from sales of real property and from rental income. Accordingly, while it is anticipated that income will fluctuate over the year postpetition, it is virtually impossible to predict specific increases or decreases.*

B6J(Official Form 6J)(12/07)

In re Ronald Leslie Pearlman and Laurie Pearlman _____,    Case No. _____
                          Debtor(s)                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 13,500.00 |
| a. Are real estate taxes included?    Yes ☐  No ☒ | | |
| b. Is property insurance included?    Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 1,400.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 200.00 |
| d. Other    Cell phones | $ | 400.00 |
| Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 1,000.00 |
| 4. Food | $ | 3,000.00 |
| 5. Clothing | $ | 1,000.00 |
| 6. Laundry and dry cleaning | $ | 600.00 |
| 7. Medical and dental expenses | $ | 1,000.00 |
| 8. Transportation (not including car payments) | $ | 1,000.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc | $ | 1,000.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 900.00 |
| b. Life | $ | 3,000.00 |
| c. Health | $ | 3,200.00 |
| d. Auto | $ | 600.00 |
| e. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)    Real Property Tax | $ | 2,416.67 |
| 13. Installment payments (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 1,450.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:    Household Maintenance | $ | 1,800.00 |
| Other:    Maui Upkeep | $ | 525.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17  Report also on Summary of Schedules | $ | 37,991.67 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data ) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 16 of Schedule I | $ | 46,856.00 |
| b. Average monthly expenses from Line 18 above | $ | 37,991.67 |
| c. Monthly net income (a. minus b ) | $ | 8,864.33 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Ronald Leslie Pearlman and Laurie Pearlman_         Case No. _____
<br>Debtor                                                                 (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    _38_    sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _1/13/2011_                Signature _/s/ Ronald Leslie Pearlman_
<br>                                          _Ronald Leslie Pearlman_

Date: _1/13/2011_                Signature _/s/ Laurie Pearlman_
<br>                                          _Laurie Pearlman_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7 (04/10)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:*Ronald Leslie Pearlman*
    *and*
    *Laurie Pearlman*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

*Year to date:    $13,500.00*               *Rental Income*

*Last Year:    $1,080,000.00*          *Rental income and sales of real property **This number*
*\*\**                                          *reflects the gross rental income from all real property*
                                                *owned by the debtors in 2010 plus approximately $476,000*
                                                *in income from the sales of certin of the real property.*
                                                *It does not take into account debt service or expenses*
                                                *for the real property, nor does it account for any losses*
                                                *incurred by partnerships in which the debtors owned*
                                                *interests.*

*Year before:    $1,218,263.00*
*\*\*\**

Form 7 (04/10)

| AMOUNT | SOURCE |
|---|---|
| | *Rental Income and gambling winnings ***This number reflects the gross rental income from all real property owned by the debtors in 2009 plus $7,475 in gambling winnings.  It does not take into account debt service or expenses for the real property (which resulted in an overall loss), nor does it account for losses incurred by partnerships in which the debtors owned interests.* |

## 2. Income other than from employment or operation of business

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None ☒   Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts. List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐   b. Debtor whose debts are not primarily consumer debts. List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Creditor:   Towne Development** **Address:   710 N Plankinton,** **Milwaukee, WI 53203** | *10/12/10* | *$7,650.80* | *$1,080,000.00* |
| **Creditor:   Gershuni & Katz, a Law** **Corporation** **Address:   1901 Avenue of the** **Stars, Ste. 300, Los Angeles, CA** **90067** | *10/18/10* *10/22/10* *10/21/10* *11/15/10* *1/12/11* | *$50,000.00* *$10,000.00* *$20,000,00* *$6,000.00* *$8,000.00* | *$0* |
| **Creditor:   Mirage Casino fbo** **Mirage/Aria/Bellagio** **Address:   Bellagio LLC,, Attn** | *11/17/10* | *$40,000.00* | |

Statement of Affairs - Page 2

Form 7 (04/10)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Mark Russell, Esq.** **3400 Las Vegas Blvd. South, Las Vegas, NV 89109** | **12/22/10** | **$20,000.00** | **$520,000.00 (jointly with Aria and Mirage)** |

___

None ☐  c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Creditor:  Margaret Sahroian Address:  609 Paseo Del Mar, Rancho Palos Verdes, CA 90274 Relationship:  Business Partner** | **$15,163.53 on the 15th of each month** | **$181,926.36** | **$2,564,000** |

___

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Margaret Ann Sahroain, Trustee of the Margaret Ann Sahroian Living Trust Dated January 25, 1989 v. Ronald Pearlman and Laurie A. Pearlman as Trustees of the Pearlman Family Trust Dated December 27, 1996; Laurie Pearlman, an individual; and Does 1 - 50, inclusive LASC Case No. BC452119** | **Action for:  1) Appointment of Reciver, Accounting, Specific Performance of Rents and Profits Clause;  2) Injunctive Relief;  3) Declaration of and Judicial Foreclosure of Eqitable Mortgage of 4114 Kling Property; and 4) Equitable Relief for Protection of Collateral Subject to Equitable Mortgage (Injunctive Relief and Appointment of Receiver).** | **Los Angeles County Superior Court, Stanley Mosk Courthouse, 111 N. Hill St., Los Angeles, CA 90012** | **Action filed December 30, 2010. Plaintiff sought appointment of rents and profits receiver over 3 rental properties and debtor's home.  On January 4, 2011, receiver appointed on ex parte basis for 3 rental properties only.** |

___

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☒

a  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Name:  James H. Donell  Address:  12121 Wilshire Blvd., Ste. 1120  Address:  Los Angeles, CA 90025  Address: | Court:  LA County Superior Court  Address:  111 N. Hill St.  Address:  Los Angeles, CA 90012  Title:  Sahroian v. Pearlman et al.  Case#:  BC452119 | 1/4/2011 | Description: Unknown  Value:  Unknown |

**7. Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE,  GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Description: Chumash Casino  Value: $90,000 | Circumstances:  Gambling losses  Insurance: None | 2009 |
| Description: Wynn Las Vegas  Value: $250,000 | Circumstances: Gambling losses  Insurance: None | 1/2010 |

Form 7 (04/10)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *Description: Mirage, Aria and Bellagio* <br> *Value: $845,000* | *Circumstances: Gambling losses* <br> *Insurance: None* | *2/2010* |

---

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Law Offices of Ira Benjamin Katz, APC* <br> *1901 Avenue of the Stars, Ste. 1900* <br> *Los Angeles, CA 90067* | *Date of Payment: 5/18/10* <br> *Payor: Ronald Pearlman* | *$10,000 – majority applied for fees and costs incurred in attempting to negotiate settlement of specific debts* |
| | *Date of Payment: 8/10/10* <br> *Payor: Laurie Pearlman* | *$10,000 – majority applied for fees and costs incurred in attempting to negotiate settlement of specific debts* |
| | *Date of Payment: 9/20/10* <br> *Payor: Laurie Pearlman* | *$10,000 of which $4,143.94 was transferred to Gershuni & Katz, A Law Corporation on 10/27/10* |
| | | *Majority of monies received by Law Office of Ira Benjamin Katz, a Professional Corporation were applied toward fees and expenses incurred in in connection with attempts to negotiate out of court workouts.* |

---

| | | |
|---|---|---|
| *Gershuni & Katz, A Law Corporation* <br> *1901 Avenue of the Stars Ste 300* <br> *Los Angeles, CA 90067* | *Date of Payment: October 12, 2010* <br> *Payor: Debtors* | *$10,000* |
| | *Date of Payment: October 18, 2010* <br> *Payor: Debtors* | *$50,000* |
| | *Date of Payment: October 22, 2010* <br> *Payor: Debtors* | *$20,000* |
| | *Date of Payment: October 27, 2010* | *$4,143.94* |

Form 7 (04/10)

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | *Payor: Transfer from Law Offices of Ira Benjamin Katz, A Professional Corporation Clients' Trust Account* | |
| | *Date of Payment: November 15, 2010* *Payor: Debtors* | *$6,000* |
| | *Date of Payment: January 10, 2011* *Payor: Debtors* | *$8,000* |
| | *Date of Payment: January 12, 2011* *Payor: Debtors* | *$2,000* |
| | | *Majority of monies received by Gershuni & Katz, a Law Corporation were applied toward fees and expenses incurred in in connection with attempts to negotiate out-of-court workouts, litigation, pre-bankruptcy planning and bankruptcy form preparation.* |
| *Abacus Credit Counseling Online* | *Date of Payment: October 11, 2010* *Payor: Debtors* | *$25.00* |

## 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee: K.N.M. Auto Sales* *Address: 2160 Century Park East, Los Angeles, CA 90067* *Relationship: No personal relationship* | *11-10-10* | *Property: 2007 Bentley Continental* *Value: $68,000* |

None ☐  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN |
|---|---|---|
| *Trust: Pearlman Family* | *Ongoing* | *Property: The debtors are both* |

Form 7 (04/10)

*Trust Agreement dated*
*December 27, 1996*

*settlors and beneficiaries under the*
*revocable trust agreement, and have*
*maintained their real property*
*therein.  However, the trust assets*
*have been treated as assets of the*
*debtors' bankruptcy estate herein.*

---

### 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None
☒

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

*The joint debtors are spouses residing in the State of California*

---

### 17. Environmental Information

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Statement of Affairs - Page 7

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| None | |
|---|---|
| ☒ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☒ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

## 18. Nature, location and name of business

| None | |
|---|---|
| ☐ | a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. |

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Roma Limited Liability Company* | ID: 199604610016 | *609 Paseo Del Mar, Palos Verdes Estates, CA 90274* | *The debtors' trust owns a 50% membership interests in this California limited liability company, in which neither of the debtors has management responsibility. The LLC owns real property.* | *Ongoing* |

Form 7 (04/10)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *O.D. Property, LLC* | *ID:   200307810075* | *609 Paseo Del Mar, Palos Verdes Estates, CA 90274* | *The debtors' trust owns a 50% membership interest in this California limited liability company, in which neither of the debtors has management responsibility. The LLC owns real property.* | *Ongoing* |
| *1425 South H Street, LLC* | *ID: 200221410093* | *609 Paseo Del Mar, Palos Verdes Estates, CA 90274* | *The debtors' trust owns a 50% membership interest in this California limited liability company, in which neither of the debtors has management responsibility. The LLC owns real property.* | *Ongoing* |

None    b. Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U.S.C. § 101

☒

Form 7 (04/10)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _1/13/2011_    Signature   _/s/ Ronald Leslie Pearlman_
                    of Debtor

Date _1/13/2011_    Signature   _/s/ Laurie Pearlman_
                    of Joint Debtor
                    (if any)

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re Ronald Leslie Pearlman and Laurie Pearlman

Case No.:

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

Debtor.

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *See #7, p.2*

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *See #7, p.2*

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *See #7, p.2*

2. The source of the compensation paid to me was:

   [X] Debtor          [ ] Other *(specify)*

3. The source of compensation to be paid to me is:

   [X] Debtor          [ ] Other *(specify)*

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].

CCD-B203

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)                    1998 USBC, Central District of California

6. **By agreement with the debtor(s), the above-disclosed fee does not include the following services**

Representation of the debtors in connection with matters outside general bankruptcy/insolvency matters such as tax, real estate, securities, environmental or any other

substantive areas of law

7. Gershuni & Katz, A Law Corporation ("G&K") received a total of $100,143.94 from the Debtors' pre-petition. $1,039 of the funds received were applied towards the

filing fee for the Debtors' petition for relief. The balance was applied towards payment for services rendered and costs incurred in connection with attempting to negotiate

out-of-court workouts, litigation, pre-bankruptcy planning and bankruptcy form preparation. The Debtors have a zero balance in G & K's Clients' Trust Account and G

& K has no retainer to be applied towards services rendered and costs incurred during the course of the Debtors' bankruptcy case ("Case"). The Debtors have agreed to

pay G & K for services rendered in connection with the Case at G & K's hourly rates in effect at the time the services are rendered and to reimburse G & K for costs

incurred in connection with the Case subject to the approval of this Court. G & K reserves the right to ask the Court for a fee enhancement should circumstances warrant

such a request.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_Date_

_Signature of Attorney_
IRA BENJAMIN KATZ (SBN 81007)

Gershuni & Katz, A Law Corporation
_Name of Law Firm_

February 2006                                                    2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  Ronald Leslie Pearlman and Laurie Pearlman | CHAPTER: 11 |
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, <u>Ronald Pearlman</u>, the debtor in this case, declare under penalty
      *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, <u>Laurie Pearlman</u>, the debtor in this case, declare under penalty of
      *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  10-28-10                          Signature _____
                                          *Debtor*

Date  10-28-10                          Signature _____
                                          *Joint Debtor (if any)*

B22B (Official Form 22B) (Chapter 11) (01/08)

In re  Ronald Leslie Pearlman and Laurie Pearlman
                        Debtor(s)

Case number: _____
                        (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly.
Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|---|
| | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. a. ☐ Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10. b. ☐ Married, not filing jointly. Complete only Column A ("Debtor's Income") for Lines 2-10. c. ☒ Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for lines 2-10. | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | Gross wages, salary, tips, bonuses, overtime, commissions. | $0.00 | $0.00 |
| 3 | Net Income from the operation of a business, profession, or farm.    Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. a. Gross receipts $0.00 b. Ordinary and necessary business expenses $0.00 c. Business income Subtract Line b from Line a | $0.00 | $0.00 |
| 4 | Net rental and other real property income.    Subtract Line b from Line a and enter the difference in the appropriate colmun(s) of Line 4. Do not enter a number less than zero. a. Gross receipts $28,808.00 b. Ordinary and necessary operating expenses $5,380.00 c. Rent and other real property income Subtract Line b from Line a | $23,428.00 | $23,428.00 |
| 5 | Interest, dividends, and royalties. | $0.00 | $0.00 |
| 6 | Pension and retirement income. | $0.00 | $0.00 |
| 7 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $0.00 | $0.00 |
| 8 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $0.00    Spouse $0.00 | $0.00 | $0.00 |

B22B (Official Form 22B) (Chapter 11) (01/08)                                                                                                                        2

| 9 | Income from all other sources.    Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9.    Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include    any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | | 0 | | |
| | b. | | 0 | | |
| | Total and enter on Line 9 | | | $0.00 | $0.00 |
| 10 | Subtotal of current monthly income. Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | | $23,428.00 | $23,428.00 |
| 11 | Total current monthly income. If column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | | $46,856.00 |

## Part II: VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.        (If this a joint case, both debtors must sign.)  Date: January 13, 2011 _____ Signature: /s/ Ronald Leslie Pearlman _____ (Debtor)  Date: January 13, 2011 _____ Signature: /s/ Laurie Pearlman _____ (Joint Debtor, if any ) |
|---|---|

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name *Ira Benjamin Katz* _____

Address *GERSHUNI & KATZ, ALC 1901 AVENUE OF THE STARS, 300 Los Angeles, CA 90067* ___

Telephone *(310) 282-8580* _____

[X]    Attorney for Debtor(s)
[ ]    Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br>*In re   Ronald Leslie Pearlman*<br><br>*and      Laurie Pearlman* | Case No. |
| | Chapter *11* |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _*11*_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _*1/13/2011*_ _____              */s/ Ronald Leslie Pearlman* _____
                                                Debtor: *Ronald Leslie Pearlman*

*/s/ Ira Benjamin Katz* _____          */s/ Laurie Pearlman* _____
Attorney: *Ira Benjamin Katz*                    Joint Debtor: *Laurie Pearlman*